IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INTERDIGITAL TECHNOLOGY
CORPORATION and IPR LICENSING,
INC.,

                                   Petitioners,

        -against-

ARIMA COMMUNICATIONS
CORPORATION

                                   Respondent.

C.A. No. 14-867-GMS

▮▮▮▮▮▮▮▮▮▮▮▮

PUBLIC VERSION

## JOINT STATUS REPORT

Pursuant to Rule 16, F.R.C.P. 16, D. Del. LR 16.2, and the Court's November 21, 2014 Oral Order Scheduling a Rule 16.2b Scheduling Teleconference, the parties, by and through their undersigned counsel, jointly submit this Joint Status Report. Counsel for the parties participated in a telephone conference pursuant to the Notice of Scheduling Conference and as required by the Fed. R. Civ. P. 26(f) on December 8, 2014. Pryor Cashman LLP and Smith, Katzenstein & Jenkins, LLP participated on behalf of Petitioners InterDigital Technology Corporation and IPR Licensing Inc. ("Petitioners" or "InterDigital"), and Fish & Richardson participated on behalf of respondent Arima Communications Corporation ("Respondent" or "Arima").

1.      **Jurisdiction and Service:** This Court has subject matter jurisdiction pursuant to 9 U.S.C. §§ 10, 11, 203 and 28 U.S.C. §§ 1331 and 1332, as this proceeding seeks to confirm, vacate or modify an arbitration award under the Convention on the Recognition and Enforcement of Foreign Arbitral Awards (the "Convention"), 9 U.S.C. § 201 *et seq.* ▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

███████████████████████████   ██████████████████

███████████████████████████████████████████████

█████████████████████████████████████████████

███████████████████████████████████████ [Dkt 13, 1.]   No parties

remain to be served.

    2.    **Substance of the Action:**

    **Plaintiff:** ████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

The documents constituting the Award are attached to the Belgam Declaration as Exhibits B through D.  InterDigital contends that none of the bases asserted by Arima for vacating or modifying the Award are supported in law or fact and that all of the issues raised were appropriately determined by the Arbitration Tribunal.

    **Defendant:** Arima seeks to have the Award vacated, or at least modified.  Arima alleges that the Arbitration Tribunal exceeded its powers ██████████████  ██████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████ The Cross-Petition seeks an Order:

    (a) vacating the Award in its entirety; or

    (b) vacating the ████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████



(c) vacating the ███████████████████████████████████████████

██████████████████████████████████████ and

(d) finding that the █████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████

3.   **Identification of Issues:** This issue before the Court is whether the Award should be confirmed, vacated or modified.

4.   **Narrowing of Issues:** The matter will be resolved by a decision on the pending Petition and Cross-Petition.  InterDigital believes that the matter can be resolved on the papers submitted by the parties.  Arima believes that an oral hearing may be of assistance to the Court given the nature of this proceeding.  Both parties are of course available at the call of the Court, should the Court determine that argument on the Petition and Cross-Petition would be helpful to the Court.

5.   **Relief:** Petitioners seek an order confirming the Award; entry of a final judgment in favor of Petitioners ████████████████████████████ an award of costs and reasonable legal fees associated with this action, as well as such other and further relief as the Court deems just and proper.  Respondent and Cross-Petitioner seeks vacatur or modification of the Award, as set forth in Paragraph 2 above.

6.   **Amendment of Pleadings:** InterDigital's petition seeking confirmation has already been amended as of right.  InterDigital does not anticipate amending its petition further. Arima does not anticipate amending its Cross-Petition.

7.     **Joinder of Parties:** No Party anticipates the joinder of any additional parties.

8.     **Discovery:** No discovery is required.

| Event | Deadline |
|---|---|
| N/A | |
| | |
| | |
| | |
| | |
| | |
| | |
| Pretrial Order | N/A |
| Pretrial Conference | N/A |
| Trial | N/A |

9.     **Estimated trial length:** Not applicable. This matter will be resolved once the pending Petition and Cross-Petition are decided.

10.     **Jury trial:** None.

11.     **Settlement:** ██████████████████████████████

████████████████████

12.     There are no other matters conducive to the just, speedy and inexpensive determination of this action.

13.     Counsel for InterDigital and Arima have conferred about each of the above matters via telephone on December 8, 2014.

SMITH KATZENSTEIN & JENKINS LLP

/s/ Neal C. Belgam
Neal C. Belgam (No. 2721)
Clarissa R. Chenoweth (No. 5728)
800 Delaware Avenue, Suite 1000
P.O. Box 410
Wilmington, DE  19899
302-504-1688
nbelgam@skjlaw.com
cchenoweth@skjlaw.com

*Attorneys for Petitioners InterDigital
Technology Corporation and IPR
Licensing, Inc.*

Of Counsel:

PRYOR CASHMAN LLP

Jamie M. Brickell
Eric M. Fishman
Ross M. Bagley
7 Times Square
New York, New York 10036
Tel:  (212) 421-4100

FISH & RICHARDSON P.C.

/s/ Jeremy D. Anderson
Jeremy D. Anderson (No. 4515)
Joseph B. Warden (No. 5401)
222 Delaware Avenue, 17th Floor
P. O. Box 1114
Wilmington, DE  19899-1114
(302) 652-5070
janderson@fr.com
warden@fr.com

David M. Barkan
500 Arguello St., Suite 500
Redwood City, CA 94063
(650) 839-5070
barkan@fr.com

*Attorney for Cross-Petitioner/Respondent
Arima Communications Corporation*

No continuance of the conference will be granted except by Order of the court upon application by counsel made seven (7) days before the date of the conference supported by a declaration stating the reasons for the request.

UNITED STATES DISTRICT JUDGE